UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

No. 3:07mc98

| | | |
|---|---|---|
| In Re: Arbitration between | ) | |
| | ) | |
| DEPUY SPINE SALES LIMITED | ) | |
| PARTNERSHIP, | ) | |
| | ) | |
| Claimant, | ) | |
| v. | ) | |
| | ) | **ORDER** |
| TED ROWE, and MEDICAL | ) | |
| EDGE TECHNOLOGIES, INC., | ) | |
| | ) | |
| Respondent, | ) | |
| | ) | |
| And | ) | |
| | ) | |
| DENNIS DAVIDSON, | ) | |
| | ) | |
| Third-Party Movant. | ) | |

UPON MOTION OF Third-Party Movant Dennis Davidson, the Court hereby stays enforcement of the *Subpoena duces tecum* and/or *ad testificandum* of Third-Party Movant pending a hearing on Friday, August 31, 2007, at 11:30 am, Courtroom One, Charles R. Jonas Federal Building, Charlotte, North Carolina.

Third-Party Movant is DIRECTED to NOTIFY all parties and all counsel of this hearing since counsel for Claimant and Respondent are not currently registered with this Court's Electronic Case Filing (ECF) system.

IT IS SO ORDERED.

Signed: August 24, 2007

Frank D. Whitney
United States District Judge